### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Personal Wealth Partners, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Gary Dean Ryberg and Kestra Investment ) | |
| Services, LLC, ) | Case No. 1:22-cv-144 |
| ) | |
| Defendants. ) | |

This case was originally filed in Minnesota state court, removed to the United States District Court for the District of Minnesota, and then transferred to this Court. (Doc. Nos. 1, 58). Days after this case was transferred to this Court, Plaintiff filed an Amended Complaint. (Doc. No. 65).

This Court finds it necessary to hold a status conference with the parties to discuss, among other things, the viability of pretrial deadlines set before this case was transferred to this Court and before Plaintiff filed an Amended Complaint, potential trial dates, and how this Court otherwise intends to proceed. Accordingly, the Court shall schedule a status conference for September 27, 2022, at 9:00 AM CDT by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 13th day of September, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court