# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Personal Wealth Partners, LLC, | ) | |
| | ) | |
| Plaintiff / Counterclaim Defendant, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary Dean Ryberg, et al., | ) | Case No. 1:22-cv-144 |
| | ) | |
| Defendant / Counterclaim Plaintiff | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Kestra Investment Services, LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel E. Steichen, | ) | |
| | ) | |
| Additional Counterclaim Defendant. | ) | |

On September 23, 2022, Defendant Kestra Investment Services, LLC filed a Motion to Dismiss. (Doc. No. 74). On October 17, 2022, Plaintiff Personal Wealth Partners, LLC and Counterclaim Defendant Daniel E. Steichen filed a Partial Motion to Dismiss Counterclaims of Defendant Gary Dean Ryberg. (Doc. No. 83). Both motions have been fully briefed and the Court has taken them under advisement. Pending a ruling on these motions, the July 31, 2023, deadline fo filing dispositive motions shall be stayed with the understanding that it shall be reset as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
