IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Personal Wealth Partners, LLC, | ) | |
| | ) | |
| Plaintiff / Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Gary Dean Ryberg, | ) | |
| | ) | |
| Defendant / Counterclaim Plaintiff, | ) | |
| | ) | |
| and Kestra Investment Services, LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | Case No. 1:22-cv-144 |
| v. | ) | |
| | ) | |
| Daniel E. Steichen, | ) | |
| | ) | |
| Additional Counterclaim Defendant. | ) | |

The court held a status conference with the parties by telephone on October 31, 2023. Pursuant to it discussion with the parties, the court shall continue the final pretrial conference and trial. Accordingly, the final pretrial conference set for November 21, 2023, shall be rescheduled for June 4, 2024 , at 9:00 AM by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The bench trial scheduled for December 4, 2023, shall be rescheduled for June 17, 2024, at 9:30 AM in Bismarck before Judge Traynor (courtroom 1). A five (5) day trial is anticipated. The dispositive motion deadline is stayed pending further order of the court.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court